

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | No. 08-21-00086-CV |
| | § | |
| | | Appeal from the |
| IN THE INTEREST OF H.M., | § | |
| | | 288th District Court |
| A Child, | § | |
| | | of Bexar County, Texas |
| | § | |
| | | (TC# 2010-CI-06431) |
| | § | |
| | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH OF JUNE, 2021.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.